IN THE UNITED STATES DISTRICT COURT
FOR DISTRICT OF CONNECTICUT

| | |
|---|---|
| In re Motion for a Writ | Misc. No. 3:19MJ001 (RMS) |
| | July 17, 2020 |

## MOTION TO MAINTAIN DOCKET UNDER SEAL

On January 2, 2019, the Government applied for, and the Court granted, a writ of habeas corpus ad testificandum for a witness then in custody to testify before Grand Jury N-18-3.

The Application and Order identifies the witness subject to the writ who was ordered to be produced to testify before a grand jury and, thus, by its nature identify a matter occurring before the grand jury investigation.

The secrecy requirements of Fed.R.Cim.P. 6(e) are contained in paragraph 6(e)(2). Under Rule 6(e)(2)(B), grand jurors, interpreters, court reporters, operators of recording devices, persons who transcribe recorded testimony, attorneys for the government, and persons to whom disclosure is made under Rule 6(e)(3)(A)(ii) or (iii) are prohibited from disclosing "a matter occurring before the grand jury" unless otherwise provided for in Rule 6(e). *See also* Local Rule of Criminal Procedure 57(b)(1)(C)(7) ("except as otherwise required by federal statute or the Federal Rules of Criminal Procedure (e.g., grand jury matters) . . . ."

Accordingly, since the Application and Order relate to and would clearly disclose a matter occurring before the Grand Jury as well as identifying a witness subpoenaed to

1

testify before the Grand Jury, it is respectfully submitted that the docket should remain sealed pending further Order of the Court.

    Respectfully submitted,

    */s/ John H. Durham*

    JOHN H. DURHAM
    UNITED STATES ATTORNEY
    Federal Bar No. ct05087
    john.durham@usdoj.gov
    U.S. Attorney's Office
    157 Church Street, 25th Floor
    New Haven, CT   06510
    Tel.:    (203) 821-3700